No. 1340, Misc. GUNZBURGER *v.* WASHINGTON TERMINAL CO. ET AL. C. A. D. C. Cir. Certiorari denied. *Thomas A. Flannery* and *Stephen A. Trimble* for respondents.

No. 656, Misc. REECE *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant the petition for writ of certiorari and reverse on the basis of *Johnson* v. *Avery,* 393 U. S. 483. *Solicitor General Griswold* for the United States et al.

No. 1276, Misc. JENNISON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Victor Rabinowitz, Leonard B. Boudin, Michael B. Standard,* and *Dorian Bowman* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 44. SKINNER ET AL. *v.* LOUISIANA, 393 U. S. 473. Petition for rehearing denied.

No. 330, Misc. COLEMAN *v.* MAXWELL, WARDEN, 393 U. S. 1007. Motion for leave to file petition for rehearing denied.

MARCH 17, 1969.

No. 1637, Misc. SCHWARTZ *v.* LOCAL BOARD No. 23 ET AL. C. A. 6th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.